No. 05–6094.  MILLER v. MARSHALL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–6096.  CLARK v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.  ▇

No. 05–6098.  D'AMARIO v. MOTLEY, WARDEN.  C. A. 1st Cir. Certiorari denied.

No. 05–6099.  CLEVELAND v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–6105.  GENTES v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 05–6109.  ARIAS v. OHIO.  Ct. App. Ohio, Lorain County. Certiorari denied.

No. 05–6112.  ADI v. PRUDENTIAL PROPERTY & CASUALTY INSURANCE CO. ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 05–6113.  AHMED v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 05–6116.  MIDDLETON v. RUSSELL ET AL.  C. A. 7th Cir. Certiorari denied.

No. 05–6117.  TARVIN v. TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 05–6118.  JETTER v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–6125.  WILLIAMS v. NORMAN ET AL.  C. A. 5th Cir. Certiorari denied.

No. 05–6126.  WEST v. BELGADO ET AL.  Ct. App. Wis.  Certiorari denied.

No. 05–6128.  THOMPSON v. BULLARD, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–6129.  NOLEN v. RIBITSCHUN ET AL.  C. A. 6th Cir. Certiorari denied.